FILED
SEP 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHARLES D. FRIEDMAN, 74834-011 (Pro Se)
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX 77720

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES D. FRIEDMAN, ) | |
| ) | |
| Plaintiff, ) | **C O M P L A I N T** |
| ) | |
| v. ) | |
| ) | Case: 1:07-cv-01657 |
| UNITED STATES OF AMERICA, ) | Assigned To : Bates, John D. |
| ) | Assign. Date : 9/20/2007 |
| Defendant. ) | Description: Pro Se General Civil |

Plaintiff alleges the following:

1. Plaintiff CHARLES D. FRIEDMAN is a prisoner incarcerated at the United States Penitentiary, Beaumont, Texas. At all times mentioned herein, Plaintiff was in the custody of the United States Marshals Service, District of Utah.

2. The Defendant in this matter is the United States of America.

3. This action is brought pursuant to the provisions of the Federal Tort Claim Act. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§1346 and 2675.

4. Plaintiff has complied with the requirements of 28 U.S.C. §2675, and has exhausted administrative remedies with the Department of Justice. (See: Claim for Damage, Injury, or Death, attached hereto as Exhibit "A")

RECEIVED
AUG 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

Facts

1. At all times mentioned herein, plaintiff was in the care and custody of the United States Marshals Service in the district of Utah, has a pretrial detainee.

2. On March 23, 2006, plaintiff was transferred by Deputy U.S. Marshal Joey Barajas from the Davis County Jail, to the Salt lake County Jail.

3. Upon being processed into the Salt Lake County Jail, plaintiff's personal property was not allowed into the jail. Instead, Deputy Marshal Barajas stated that he would take the property back to the Marshal's office with him, and it would be mailed to family or friends, as plaintiff desired.

4. Deputy Marshal Barajas refused plaintiff's request that the property be inventoried and that he, plaintiff, be supplied with a copy of the inventory.

5. Plaintiff provided Deputy Barajas with his attorney's name and address, and asked that the property be mailed or given to that person.

6. When plaintiff determined that only two (2) legal text books were given to his attorney, he inquired with the Marshals Service about the location and disposition of the remainder of his property. Plaintiff was informed that it had been lost or destroyed.

7. Among the items of property that were lost or destroyed, plaintiff incurred the loss of extensive legal files and materials, including legal research notes and work product in his criminial case; file materials, legal research notes and documentary evidence

related to a pending civil fraud action against Aramark Corporation, and other documents such as caselaw, civil procedure, et cetera.

8. Plaintiff is a certified paralegal, and regularly bills at $25.00 an hour for his work. Plaintiff had a minimum of two (2) hundred hours of billable work invested in the legal research notes and work product related to his criminal case, and had to regenerate this work product and materials because of the loss or destruction of his original property by the Marshals Service.

9. Plaintiff is a born and religious jew, and adheres to the tenents of his religion, including kosher dietary law.

10. Plaintiff became aware, during his incarceration at the Cache County Jail, that he was being fed non-kosher foods in a "kosher diet" being provided to him by the jail's subcontractor, Aramark Corporation.

11. Plaintiff had generated substantial logs and other evidence to support his legal claim that Aramark Corporation was committing fraud and/or other torts involving misrepresentation against plaintiff. In addition to the logs and evidence gathered and maintained by plaintiff, plaintiff also invested approximately two (2) hundred hours of billable work into legal research and drafting of pleadings in anticipation of filing a civil action against Aramark Corporation.

12. Because plaintiff's property was lost or destroyed by the Marshals Service, plaintiff is without sufficient proof or evidence to substantiate his legal claims, and has thus been unable to pursue his claims against Aramark Corporation.

13. In addition to the legal materials that were lost or destroyed by the Marshals Service, plaintiff also suffered the loss of personal photographs of family and friends, U.S. postage stamps and stationary items valued at $30.00.

14. On or about June 7, 2006, plaintiff filed a "form 95", <u>Claim for Damage, Injury, or Death</u>, with the United States Marshals Service. Thereafter, the Marshals Service requested a property reciept or other proof of ownership. Subsequently, plaintiff supplied the Marshals Service with a copy of a property receipt recording the fact that Deputy Marshal Barajas took custody of the property which makes the basis of the instant claim.

15. After plaintiff filed his claim with the Marshals Service, he amended the amount of claim from an initial $10,030.00 to $35,030.00, in order to reflect the loss of plaintiff's legal claims against Aramark Corporation.

<u>Relief Requested</u>

1. Plaintiff seeks compensatory damages in the amount of $35,030.00, and all other relief this Court deems just.


SUBMITTED this 30th day of July, 2007

*Charles D. Friedman*
Charles D. Friedman
Plaintiff (Pro Se)

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Prepare in ink or typewriter. Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary.

FORM APPROVED
OMB NO
43-RO697

**1. SUBMIT TO:** United States Marshals Service, Office of General Counsel, Washington DC 20530

**2. NAME AND ADDRESS OF CLAIMANT** (Number, street, city, State, and Zip Code): Charles D. Friedman, 2544 Beverly Glen Ave., West Jordan, UT 84084

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY ☐ CIVILIAN — NA
**4. AGE:** 43
**5. MARITAL STATUS:** Single
**6. NAME AND ADDRESS OF SPOUSE, IF ANY:** None

**7. PLACE OF ACCIDENT:** Salt Lake City, Utah
**8. DATE AND DAY OF ACCIDENT:** Mar. 23, 2006
**9. TIME (A.M. or P.M.):** 1115

**10. AMOUNT OF CLAIM (in dollars)**

| A. PROPERTY DAMAGE | B. PERSONAL INJURY | C. WRONGFUL DEATH | D. TOTAL |
|---|---|---|---|
| $10,030.00 | NONE | NONE | $10,030.00 |

**11. DESCRIPTION OF ACCIDENT:** Failure to establish inter-jail property agreement. Jails contracted with USMS in the District of Utah. Claimants property was destroyed upon his transfer to Salt Lake County Jail.

**12. PROPERTY DAMAGE — NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT:** N/A

**BRIEFLY DESCRIBE KIND AND LOCATION OF PROPERTY AND NATURE AND EXTENT OF DAMAGE:** See attached

**13. PERSONAL INJURY — STATE NATURE AND EXTENT OF INJURY:** None

**14. WITNESSES**

| NAME | ADDRESS |
|---|---|
| Joey Baragus, Deputy Marshal, 350 South Main St, Salt Lake City, UT 84101 | 350 South Main St, Salt Lake City, UT 84101 |

**15. SIGNATURE OF CLAIMANT:** [signature] Charles D. Friedman
**16. DATE OF CLAIM:** June 7, 2006

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM:** The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See R.S. §3490, 5438; 31 USC 231.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS:** Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 62 Sec. 698, 749; 18 U.S.C. 287, 1001)

STANDARD FORM 95 (REV. 6-78)
PRESCRIBED BY DEPT OF JUSTICE

EX. "A"   07 1657

FILED
SEP 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority*. The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. 14.3.

B. *Principal Purpose*. The information requested is to be used in evaluating claims.

C. *Routine Use*. See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond*. Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

**Complete all items--Insert the word NONE where applicable**

Claims for damage to or for loss or destruction of property, or for personal injury, must be signed by the owner of the property damaged or lost or the injured person. If, by reason of death, other disability or for reasons deemed satisfactory by the Government, the foregoing requirement cannot be fulfilled, the claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing authority to act.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 10 of this form. Separate claims for personal injury and property damage are not acceptable. The amount claimed should be substantiated by competent evidence as follows:

(a) In support of claim for personal injury or death the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

Any further instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid".

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| 17. DO YOU CARRY ACCIDENT INSURANCE? ☐ YES. IF YES, GIVE NAME AND ADDRESS OF INSURANCE COMPANY (Number, street, city, State, and Zip Code) AND POLICY NUMBER. ☐ NO |
|---|
| none |

| 18. HAVE YOU FILED CLAIM ON YOUR INSURANCE CARRIER IN THIS INSTANCE, AND IF SO IS IT FULL COVERAGE OR DEDUCTIBLE? | 19. IF DEDUCTIBLE, STATE AMOUNT |
|---|---|
| none | none |

| 20. IF CLAIM HAS BEEN FILED WITH YOUR CARRIER, WHAT ACTION HAS YOUR INSURER TAKEN OR PROPOSES TO TAKE WITH REFERENCE TO YOUR CLAIM? (It is necessary that you ascertain these facts) |
|---|
| none |

| 21. DO YOU CARRY PUBLIC LIABILITY AND PROPERTY DAMAGE INSURANCE? ☐ YES IF YES, GIVE NAME AND ADDRESS OF INSURANCE CARRIER (Number, street, city, State, and Zip Code) ☐ NO |
|---|
| none |

#12 ATTACHMENT PAGE.
CHARLES D. FRIEDMAN

1. LEGAL RESEARCH NOTES AND WORK PRODUCT IN CRIMINAL CASE REPRESENTING APPROXIMATELY TWO HUNDRED WORK HOURS.        $5,000.⁰⁰

2. FILE MATERIALS, LEGAL RESEARCH NOTES AND DOCUMENTARY EVIDENCE FOR CIVIL RIGHTS ACTION    $5,000.⁰⁰

3. MISC. PERSONAL PAPERS, PHOTOGRAPHS, U.S. POSTAGE AND STATIONARY ITEMS.        $30.⁰⁰

JS-44
(Rev.1/05 DC)

JDB

### I (a) PLAINTIFFS

Charles D. Friedman

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PP

### DEFENDANTS

USA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 74834-011

Case: 1:07-cv-01657
Assigned To : Bates, John D.
Assign. Date : 9/20/2007
Description: Pro Se General Civil

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

#### ☐ A. Antitrust
☐ 410 Antitrust

#### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

#### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

#### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ 0   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 9.20.07   SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd