UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES D. FRIEDMAN, Plaintiff, | ) ) ) ) ) |
| v | ) Civil Action No. 07-01657 (JDB) |
| UNITED STATES OF AMERICA, Defendant. | ) ) ) ) ) |

MOTION TO DISMISS OR, IN THE
ALTERNATIVE, TO TRANSFER AND
SUPPORTING MEMORANDUM OF LAW

This is an action brought by a federal prisoner to recover damages under the Federal Tort Claims Act ("FTCA"). As we explain below, the District of Columbia is not a proper venue. This motion is brought under F. R. Civ. P. 12(b)(3). The case should be dismissed without prejudice or, in the alternative, transferred to a district where venue is proper.

Plaintiff, a federal prisoner, alleges that the United States Marshals Service lost his personal property after a Deputy U. S. Marshall ("DUSM") transferred him from the Davis County jail to the Salt Lake County jail. Complaint, ¶¶ 2-6. Plaintiff alleges that, at the time of the transfer, his personal property was given to a DUSM, who was asked to convey the material to plaintiff's lawyer. Later, after only two legal texts were sent to plaintiff's attorney, plaintiff was advised that the rest of the material given to the DUSM was lost. Plaintiff then filed a timely administrative claim for damages under the FTCA. When the claim was denied, plaintiff filed this action within the time period allowed in the FTCA.

Plaintiff is currently at the federal penitentiary in Beaumont, Texas. The alleged tortious

conduct occurred in Utah. At the time that plaintiff filed his administrative tort claim, he listed his address (presumably his home address) as being in West Jordan, Utah. The complaint contains no allegation regarding venue, and nothing in the complaint alleges any connection to the District of Columbia.

Title 28 § 1402(b) states:

> Any civil action on a tort claim against the United States under subsection (b) of section 1346 of this title [which grants the district courts jurisdiction over tort claims against the United States] may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred.

Since venue is improper in the District of Columbia, the Court has the authority to dismiss it or, in the interest of justice, transfer the case to a jurisdiction where venue is proper. 28 U.S.C. § 1406(a). The United States does not oppose the transfer of this action to a district where venue would be proper. Based on where the events alleged in the complaint occurred, defendant believes that transfer to the United States District Court for the District of Utah would be appropriate.

For the reasons set forth above, this case should be dismissed without prejudice or, in the alternative, transferred to the District of Utah.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES D. FRIEDMAN | ) |
| Plaintiff, | ) |
| v | ) Civil Action No. 07-01657 (JDB) |
| UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's motion to dismiss or, in the alternative, to transfer this case, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the motion is granted; and it is further ordered that this case is dismissed without prejudice [or, transferred to the District of Utah].

UNITED STATES DISTRICT JUDGE

Copies to plaintiff pro se and to counsel for defendant.

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2007, a copy of the foregoing motion to dismiss or, in the alternative, to transfer was served by first-class mail, postage prepaid, on:

    Charles F. Friedman
    # 74834-011
    USP-Beaumont
    Post Office Box 26030
    Beaumont, Texas 77720

    /s/
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    202-514-7201