CHARLES D. FRIEDMAN, 74834-011 (Pro Se)
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX 77720

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES D. FRIEDMAN, | PLAINTIFF'S MOTION TO TRANSFER ACTION |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | Civ. No. 07-01657 (JDB) |
| Defendant. | |

COMES NOW plaintiff Charles D. Friedman, pro se, and hereby moves this Court to transfer this action to the United States District Court nearest plaintiff's place of incarceration. In support of this motion, plaintiff submits the following:

1. Plaintiff is a pro se litigant seeking redress of the loss or destruction of his property while in the custody of the United States Mashals Service, District of Utah.

2. At the time plaintiff filed his Complaint, he improperly concluded that proper venue for this action would be in the District of Columbia.

**RECEIVED**

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Since the filing of defendant's <u>Motion to Dismiss Or, In the Alternative, To transfer</u>, plaintiff has concluded that the transfer of this action would be most appropriate.

4. Pursuant to the provisions of 28 U.S.C. §1402(b), venue is proper in the judicial district where plaintiff resides, which is at the United States Penitentiary, Beaumont, Texas.

WHEREFORE, for the reasons stated above, plaintiff prays this Court will transfer this action to the appropriate United States District Court nearest Beaumont, Texas.

RESPECTFULLY SUBMITTED this 16th day of December, 2007.

_____
Charles D. Friedman
Plaintiff, pro se


## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be maile, first-class postage prepaid, a true copy of the foregoing PLAINTIFF'S MOTION TO TRANSFER ACTION, to the following:

Fred Haynes
Assistant U.S. Attorney
555 4th Street, N.W., E-4110
Washington, DC 20530

DATED this 16th day of December, 2007.

_____
Charles D. Friedman

2