UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles D. Friedman,<br><br>    Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>    Defendant. | Civil Action No.  07-1657 (JDB) |

## ORDER

In response to defendant's motion to dismiss or to transfer, plaintiff concedes that this venue is improper for litigating his claim and moves to transfer the case to the appropriate judicial district where he is confined in Beaumont, Texas.  Accordingly, it is hereby

**ORDERED** that plaintiff's motion to transfer [Dkt. No. 10] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **TRANSFERRED FORTHWITH** to the United States District Court for the Eastern District of Texas.

                                            /s/
                                        JOHN D. BATES
                                    United States District Judge

Dated: December 31, 2007